U.S. District Court
Southern District of California

FILED
APR 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

My Name is Jose Montalvo #P-60879, Civil Docket Case #: 3:19-cv-00363-CAB-JLB.

I'm writing to you to inform you of my change of address. I'am now Housed at California City, CA

Jose Montalvo #P-60879
C.A.C. B-1-C-104
P.O. Box 2610
California City, CA 93504

Thank you for your time

Jose Montalvo #P-60879



SANTA CLARITA
CA 913
03 APR '29
PM 3 L

Jose Montalvo #P60879
C.A.C. B-1-C104
PO Box 2610
California City, CA 93504

Legal Mail

United States District Court
Southern District of California
Office of the Clerk
333 west Broadway, Suite #420
San Diego, CA 92101
92101-380620

Legal Mail