XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
JOANNA B. HOOD
Deputy Attorney General
State Bar No. 264078
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7343
  Fax: (916) 324-5205
  E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Specially-Appearing
Non-Party California Department of
Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE MONTALVO,**<br><br>                 Plaintiff,<br><br>   v.<br><br>**RALPH DIAZ, et al.,**<br><br>               Defendants. | 3:19-cv-00363-CAB-JLB<br><br>**NOTICE OF RELATED CASES** |

    The California Department of Corrections and Rehabilitation specially appears in this matter as a non-party to give notice under Local Rule 40.1(f) that this action, filed on February 21, 2019, is related to the following actions:

    1.  *Jimenez v. Diaz, et al.*, E.D. Cal. No. 1:19-cv-00773-EPG, filed June 3, 2019;

    2.  *Nunez v. Diaz, et al.*, E.D. Cal. No. 1:19-cv-00686-SAB, filed May 17, 2019;

    3.  *Ortega v. Diaz, et al.*, E.D. Cal. No. 1:19-cv-00687-JLT, filed May 17, 2019;

1  4. *Pacheco v. Diaz, et al.*, E.D. Cal. No. 1:19-cv-00774-SAB, filed June 3, 2019;

3  5. *Thomas v. Diaz, et al.,* E.D. Cal. No. 1:19-cv-00684-BAM, filed May 17, 2019; and

5  6. *Velasquez v. Diaz, et al.,* E.D. Cal. No. 1:19-cv-00683-BAM, filed May 17, 2019.

Plaintiffs in each case allege that they are Sensitive Needs Yard inmates subject to housing with General Population inmates.  They further allege that housing Sensitive Needs Yard and General Population inmates places Plaintiffs at a serious risk of harm or injury and violates their right to be protected from violence.  Plaintiffs claim that Defendants are aware of and disregard an excessive risk to their health and safety, in violation of the Eighth Amendment.

These actions are related because they all involve similar questions of fact and the same question of law.  (L.R. 40.1(f).)  An order assigning these cases to the same Judge or Magistrate Judge will promote judicial efficiency because the same result should follow in each action, whereas litigating these matters before different Judges and Magistrate Judges would lead to a substantial duplication of labor and potentially inconsistent results.  (L.R. 40.1(f).)  Indeed, the complaint in this case is substantially identical to the other six complaints identified above.  And the complaints in the *Jimenez, Nunez, Ortega, Pacheco, Thomas,* and *Velasquez* actions are nearly word-for-word identical.  Defendants Diaz, Allison, and Ndoh are named in each complaint.  All seven complaints are pending screening, and should be screened similarly.

/ / /

/ / /

/ / /

1 | The California Department of Corrections and Rehabilitation is concurrently
2 | filing related-case notices in the six matters listed above.

3 | Dated: August 7, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Joanna B. Hood*

JOANNA B. HOOD
Deputy Attorney General
*Attorneys for Specially-Appearing Non-Party California Department of Corrections and Rehabilitation*

SA2019102329
13989253.docx

3

# CERTIFICATE OF SERVICE

Case Name:   **Montalvo v. Diaz**          No.   **3:19-cv-00363 CAB JLB**

I hereby certify that on <u>August 7, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF RELATED CASES**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>August 7, 2019</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jose M. Montalvo, P-60879
California City Correctional Facility
P-60879, Facility B
P.O. Box 2610,
California City, CA 93504
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 7, 2019</u>, at Sacramento, California.

|   K. Burr   |   */s/ K. Burr*   |
|:---:|:---:|
| Declarant | Signature |

SA2019102329
13991702.docx