Jose Montalvo
Case#: 3:19-cv-00363-CAB-JLB
2410 Herndon Ave #104
Clovis, CA 93611

August 29, 2019



United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, suite 420
San Diego, CA 92101

      My name Jose Montalvo, case#: 3:19-cv-00363-CAB-JLB. I am writing to you to confirm my change of address.

My new address is as follows:
Jose Montalvo, 2410 Herndon Ave #104, Clovis, CA 96311.

Thank You for your time.

Respectfully,

Jose Montalvo

Jose Montalvo
2410 Herndon Ave #104
Clovis, CA 93611

FRESNO CA 936
30 AUG '19
PM 1 L





976790617122204

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED
SEP 3 - 2019

United State District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite #420
San Diego, CA 92101

92101-380620

