# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>  **Montalvo v. Diaz**          <u>Case Number:</u>  **19cv363-CAB-JLB**

<u>Hon. Cathy Ann  Bencivengo</u>     <u>Ct. Deputy Lori Hernandez</u>     <u>Rptr Tape:</u>  [Reporter Tape]

On November 13, 2019, this Court issued an Order to Show Cause ("OSC") regarding why the case should not be dismissed for failure to prosecute.  [Doc. No. 13.]  On December 10, 2019, Plaintiff filed Waivers of Service as to Defendants Allison, Ndoh, and Diaz.  [Doc. Nos. 14-16.]  Therefore, the OSC is **HEREBY VACATED.**

 Date:  December 11, 2019                                                                        Initials:  AET