UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MONTALVO,<br><br>  Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>  Defendant. | Case No.: 19-cv-00363-CAB (JLB)<br><br>**SCHEDULING ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>[ECF No. 18] |

On December 18, 2019, Defendants Rosemary Ndoh, Ralph Diaz, Kathleen Allison, and Patrick Covello filed a Motion to Dismiss the Complaint. (ECF No. 18.) This Order sets forth a briefing schedule for that motion:

1. Plaintiff shall file an opposition, if any, to the Motion to Dismiss on or before **January 17, 2020**. If Plaintiff does not wish to oppose Defendants' Motion, Plaintiff should file and serve a "Notice of Non-Opposition" by that same date to let the Court know that Defendants' Motion is unopposed;

2. Any reply by Defendants shall be filed on or before **February 7, 2020**;

3. A hearing date of **February 24, 2020** is assigned. However, the Court will take the Motion to Dismiss under submission pursuant to Civil Local Rule 7.1(d)(1). No

oral argument or personal appearances shall be made on the assigned hearing date unless otherwise ordered; and

    4.    Any motion requesting a modification of this scheduling order should be filed **no less than 10 calendar days** in advance of the dates and deadlines at issue and shall comply with Section III.C. of Magistrate Judge Jill L. Burkhardt's Civil Chambers Rules (available on the district court's website).

    IT IS SO ORDERED.

Dated:  December 20, 2019

*(signature)*
Hon. Jill L. Burkhardt
United States Magistrate Judge